Argued and submitted September 9, ballot title certified September 17, 1998

John CHASE
and James Sager,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S45509)

964 P2d 263

Margaret S. Olney, Portland, argued the cause for petitioners. Paul B. Gamson, of Smith, Gamson, Diamond & Olney, filed the petition.

Janet A. Metcalf, Assistant Attorney General, Salem, argued the cause for respondent. Erika L. Hadlock, Assistant Attorney General, Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General, filed the response.

PER CURIAM

**PER CURIAM**

This is a ballot title review proceeding brought pursuant to ORS 250.085(2). Petitioners are electors who timely submitted written comments concerning the content of the Secretary of State's draft ballot title and who therefore are entitled to seek review of the ballot title certified by the Attorney General. *See* ORS 250.085(2) (setting that standard).

We have considered each of petitioners' arguments concerning the ballot title certified by the Attorney General. We conclude that none of those arguments establishes that the Attorney General's certified ballot title fails to comply substantially with the standards for such ballot titles set out in ORS 250.035(2)(a) to (d). Accordingly, we certify to the Secretary of State the following ballot title:

MAKES FEDERAL INCOME TAXES FULLY
DEDUCTIBLE ON OREGON TAX RETURNS

RESULT OF "YES" VOTE: "Yes" vote makes all federal income taxes deductible on Oregon personal, corporate income tax returns.

RESULT OF "NO" VOTE: "No" vote retains current system limiting federal income tax deduction on Oregon income tax returns.

SUMMARY: Under current Oregon law, personal income tax payers, including individuals, may take deduction for money paid in federal income tax; deduction generally limited to $3000. Currently, corporations paying Oregon income tax do not get any deduction for federal income tax. Measure makes entire amount of federal income tax paid by personal and corporate income taxpayers a deduction on the taxpayers' Oregon income tax returns. Deduction available in year federal taxes were paid. Measure effective in tax years starting on or after January 1, 2000.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).